```
 1  SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
 2
    BRIAN J. STRETCH (CSBN 163973)
 3  Chief, Criminal Division

 4  STEPHANIE M. HINDS (CSBN 154284)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue, Box 36055
 6      San Francisco, California 94102
        Telephone: (415) 436-6816
 7      Fax: (415) 436-6748

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No. C 03-1109 DLJ |
|---|---|
| Plaintiff, | ) |
| v. | ) **STATUS CONFERENCE STATEMENT** |
|  | ) AND ORDER |
| REAL PROPERTY AT 777 MARKET AVENUE, RICHMOND, CALIFORNIA, | ) |
| Defendant. | ) |

The United States hereby advises the Court that it intends to dismiss this action. A stipulation to dismiss has been prepared and is pending signature by counsel for claimant, Charles Pride. Therefore, the United States respectfully requests that the hearing set for Friday, December 21, 2007 be continued for approximately 30 days in order to complete the dismissal paperwork.

Dated: 12/19/07

SCOTT N. SCHOOLS
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status conference currently scheduled for December 21, 2007, at 10:00 a.m. is vacated. The matter is continued until _____ January 11, ____, 2008 for status, at 1:30pm

Dated:  December 20, 2007

_____
D. LOWELL JENSEN
United States District Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

## STATUS CONFERENCE STATEMENT

to be served this date by electronic mail:

Brenda Grantland, Esq. (bgrantland1@comcast.net)
20 Sunnyside, Suite A-204
Mill Valley, CA 94941-1933

and by U.S. mail delivery upon the person(s) below at the place(s) and address(es) which is the last known address(es):

Dennis Roberts, Esq.
370 Grand Avenue
Oakland, CA 94610

William G. Panzer, Esq.
370 Grand Ave., Suite 3
Oakland, CA 94612

Ismail Ramsey, Esq.
Ramsey & Ehrlich LLP
803 Hearst Ave
Berkeley, CA 94710

Carlos Alberto Tejada, #97304-011
CI Big Spring
Correctional Institution
2001 Rickabaugh Drive.
Big Spring, Tx 79720

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 19th day of December, 2007 at San Francisco, California.

ALICIA CHIN
Paralegal/ AFU