SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6816
Fax: (415) 436-6748

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 03-1109 DLJ |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER TO DISMISS |
| REAL PROPERTY AT 777 MARKET AVENUE, RICHMOND, CALIFORNIA, | |
| Defendant. | |

## STIPULATION

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiff, United States of America, and claimant Charles Pride, by and through the undersigned counsel, hereby stipulate and agree as follows:

1. On January 27, 2003, Carlos Tejada, the owner of record for the defendant property, was indicted on federal drug trafficking charges.

2. On or about March 14, 2003 the United States filed a civil complaint seeking forfeiture of the defendant real property, pursuant to Title 21, United States Code, Section 881.

3. On or about March 27, 2003 the United States recorded its Notice of Lis Pendens against the defendant real property with the Contra Costa County Recorder's Office.

4. On or about April 8, 2003, Carlos Tejada filed a claim asserting an interest in the defendant property.

5. On or about July 29 and August 18, 2003, Charles Pride filed a verified claim and answer, respectively, asserting an interest in the defendant real property.

6. On July 28, 2003, the Court issued an order staying this civil forfeiture action upon the resolution of the pending criminal case against Carlos Tejada.

7. In December 2004, Carlos Tejada pled guilty to criminal charges; he was subsequently sentenced in April 2006.

8. While the civil forfeiture case was stayed, Carlos Tejada failed to make timely mortgage payments to lienholder Charles Pride and is currently behind on his payments. By failing to timely pay his mortgage, Tejada incurred additional costs and fees associated with his loan resulting in a further depletion of the equity remaining in the property. Given that Mr. Tejada's actions have further depleted this asset, the parties agree to a dismissal of this action such that Claimant Charles Pride may pursue other legal action to recoup his investment in the defendant property.

9. Upon the court's approval of this agreement, the government will remove its lis pendens against the defendant property.

10. Claimant Charles Pride shall hold harmless the United States of America, the Drug Enforcement Administration, and all agents, officers and employees thereof, including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the restraint of the defendant real property.

11. Each party shall bear its own attorneys fees and costs related to this litigation.

Dated: 12/27/07

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 12-20-2007

BRENDA GRANTLAND
Attorney for Claimant Charles Pride

### [PROPOSED] ORDER

Based on the upon stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. This action is hereby dismissed.

2. The United States shall remove its lis pendens forthwith.

3. Claimant Charles Pride shall hold harmless the United States of America, the Drug Enforcement Administration, and all agents, officers and employees thereof, including any and all state and local law enforcement officers, for any and all acts directly or indirectly related to the restraint of the defendant real property.

4. Each party shall bear its own attorneys fees and costs related to this litigation.

Dated: January 2, 2008

D. LOWELL JENSEN
United States District Judge